UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HARRISON A. PARFAIT, JR.                                CIVIL ACTION

VERSUS                                                  NO. 16-16362

TERREBONNE PARISH                                       SECTION "R" (3)
CONSOLIDATED GOVERNMENT

# ORDER AND REASONS

Before the Court are plaintiff Harrison A. Parfait, Jr.'s motion for relief from judgment,[1] motion for default judgment,[2] and motion for summary judgment and sanctions.[3] For the following reasons, the Court denies the motions.

On November 23, 2016, Parfait filed his complaint against defendant under 42 U.S.C. § 1983. Plaintiff alleges that he suffers from sleep apnea and needs to be treated with a CPAP machine or he could suffer a heart attack.[4] He further alleges that despite notifying defendant of his sleep apnea and need for treatment, defendant refused to grant plaintiff access to the machine.[5] On January 17, 2017, defendant moved to dismiss plaintiff's

---

[1]    R. Doc. 31.
[2]    R. Doc. 35.
[3]    R. Doc. 38.
[4]    R. Doc. 4-1 at 4.
[5]    *Id.*

complaint.[6] After Parfait responded to this motion,[7] the Magistrate Judge recommended dismissing the complaint for failure to state a claim.[8] Parfait filed objections to the Magistrate Judge's Report and Recommendation.[9] On April 4, 2017, the Court adopted the Report and Recommendation and dismissed Parfait's complaint without prejudice.[10]

Parfait now moves for relief from judgment under Federal Rule of Civil Procedure 60(b), arguing that he did not receive notice of the circumstances under which his complaint was dismissed or how to prevent its dismissal.[11] This argument is contradicted by the record. Parfait objected both to the motion to dismiss and to the Report and Recommendation. Thus, Parfait's motion for relief from judgment is meritless. Parfait's motions for default judgment and for summary judgment and sanctions are also meritless. For these reasons, plaintiff's motions are DENIED.

New Orleans, Louisiana, this __29th__ day of May, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[6] R. Doc. 16.
[7] R. Doc. 22.
[8] R. Doc. 24.
[9] R. Doc. 28.
[10] R. Doc. 29.
[11] R. Doc. 31.