UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRISON A. PARFAIT, JR. | CIVIL ACTION |
| VERSUS | NO. 16-16362 |
| TERREBONNE PARISH CONSOLIDATED GOVERNMENT | SECTION "R" (3) |

## ORDER AND REASONS

Plaintiff Harrison A. Parfait, Jr. moves to amend his complaint.[1] The Court dismissed Parfait's complaint without prejudice and entered judgment on April 4, 2017.[2] "A post-judgment amendment is permissible only when the judgment is vacated pursuant to Federal Rule of Civil Procedure 59 or 60." *Benson v. St. Joseph Reg'l Health Ctr.*, 575 F.3d 542, 550 (5th Cir. 2009). The judgment in this matter has not been vacated. Indeed, the Court denied Parfait's Rule 60(b) motion for relief from judgment on May 29, 2018.[3] Thus, plaintiff's motion to amend his complaint must be DENIED.

New Orleans, Louisiana, this __3rd__ day of August, 2018.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 42.
[2] R. Doc. 29.
[3] R. Doc. 40.